46559. BLEDSOE v. BANKE et al.
(376 SE2d 686)

MARSHALL, Chief Justice.

This is a direct petition to this Court for a writ of mandamus to compel the Court of Appeals to accept the petitioner's application for appellate review as timely filed.

There being a specific remedy by certiorari, the right of mandamus does not lie. OCGA §§ 5-6-15; 9-6-20; *McClung v. Richardson*, 232 Ga. 530 (207 SE2d 472) (1974); *Hayes v. Brown*, 205 Ga. 234 (52 SE2d 862) (1949).

*Petition for writ dismissed. All the Justices concur, except Hunt, J., not participating.*

DECIDED JANUARY 19, 1989.

*Arens & Alexander, J. D. Moon, Steve Alexander, Theron M. Moore*, for appellant.
*Martin, Snow, Grant & Napier, John T. McGoldrick, Jr.*, for appellees.